WHEELER v. THE STATE.

GILBERT, J. 1. "A woman, sworn as a witness to prove a rape alleged to have been committed upon her, may be impeached by proof of bad repute as to lewdness, but not by evidence of specific acts of unchastity." *Black* v. *State*, 119 *Ga.* 746 (47 S. E. 370) ; *Gossett* v. *State*, 123 *Ga.* 431, 441 (51 S. E. 394). "Nor can she be interrogated as to a criminal connection with any other person, except as to her previous intercourse with the prisoner himself; nor is such evidence of other instances admissible." *Black* v. *State*, supra. If she does so testify her replies will not render admissible the irrelevant testimony first above mentioned.
2. The court did not err in instructing the jury as follows: "The law does not require that before you find the defendant guilty you must find to a mathematical certainty. Moral and reasonable certainty is all that the law requires." *McNaughton* v. *State,* 136 *Ga.* 600, 612 (71 S. E. 1038) ; Penal Code, § 1012.
3. The evidence authorized the verdict.

*Judgment affirmed. All the Justices concur.*

No. 1018. OCTOBER 17, 1918.. REHEARING DENIED NOVEMBER 18, 1918.

Indictment for rape. Before Judge Walker. Wilkes superior court. May 27, 1918.

*Colley & Colley,* for plaintiff in error.

*Clifford Walker, attorney-general, R. C. Norman, solicitor-general,* and *M. C. Bennet,* contra.